# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) Bankruptcy No. 13−22286−CMB |
| Susan J. Sanford, | ) |
|     **Debtor,** | ) Chapter 13 |
| Carrington Mortgage Services, LLC, | ) |
|     **Movant,** | ) Related Claim No. |
|     **vs.** | ) |
| Susan J. Sanford, | ) |
|     **Respondent.** | ) Document No. |

## DECLARATION THAT THE EXISTING CHAPTER 13 PLAN IS SUFFICIENT

**AND NOW,** comes the Debtor, Susan J. Sanford, by and through her attorneys, CALAIARO VALENCIK and David Z. Valencik, and presents the following:

1. This case was originally filed on May 29, 2013.

2. A notice of mortgage payment change was filed by Carrington Mortgage Services, LLC on March 8, 2017.

3. There is no reason to amend the Debtor's Chapter 13 Plan.

4. The Chapter 13 Plan dated October 7, 2015 is sufficient to fund the payment change.

                                      **Respectfully submitted,**

**DATED: March 29, 2017**        **BY:**/s/ David Z. Valencik
                                             **Donald R. Calaiaro, Esquire, PA I.D. #27538**
                                             dcalaiaro@c-vlaw.com
                                             **David Z. Valencik, Esquire, PA I.D. #308361**
                                             dvalencik@c-vlaw.com
                                             **CALAIARO VALENCIK**
                                             **428 Forbes Avenue, Suite 900**
                                             **Pittsburgh, PA  15219-1621**
                                             **(412) 232-0930**