**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/22/2018

IN RE:

SUSAN J. SANFORD
418 EDGEWOOD ROAD
PITTSBURGH, PA 15221
XXX-XX-9460          Debtor(s)

Case No.13-22286 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/22/2018

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

---

**DUQUESNE LIGHT COMPANY***  
ATTN: TARA R PFEITER, LITIGATION COUNSEL  
411 7TH AVE  
MAIL DROP 16-1  
PITTSBURGH, PA  15219  

Trustee Claim Number: 1    INT %: 0.00%  
Court Claim Number: 5  
CLAIM: 63.98  
COMMENT: NT/SCH  

CRED DESC: UNSECURED CREDITOR  
ACCOUNT NO.: 0002  

---

**BANK OF AMERICA NA****  
C/O CARRINGTON MORTGAGE SVCS LLC  
PO BOX 3730  
ANAHEIM, CA  92806  

Trustee Claim Number: 2    INT %: 0.00%  
Court Claim Number: 6  
CLAIM: 0.00  
COMMENT: PMT/DECL*DKT4LMT*BGN 6/13*FR BANK OF AMERICA NA~DOC 91  

CRED DESC: MORTGAGE REGULAR PAYMEN  
ACCOUNT NO.: 9148  

---

**AMERICAN EXPRESS CENTURION BANK**  
C/O DOYLE LEGAL SERVICES  
11 EAST MARKET ST #102  
YORK, PA  17401  

Trustee Claim Number: 3    INT %: 0.00%  
Court Claim Number:  
CLAIM: 0.00  
COMMENT: AVD/OE**JUDGMENT  

CRED DESC: UNSECURED CREDITOR  
ACCOUNT NO.: 234G310  

---

**DISCOVER BANK(*)**  
C/O DB SERVICING CORP  
PO BOX 3025  
NEW ALBANY, OH  43054-3025  

Trustee Claim Number: 4    INT %: 0.00%  
Court Claim Number: 1  
CLAIM: 12,054.75  
COMMENT: 234G310/SCH~AVD/OE*JUDGMENT  

CRED DESC: UNSECURED CREDITOR  
ACCOUNT NO.: 5713  

---

**CAPITAL ONE(*)**  
6125 LAKEVIEW RD STE 800  
CHARLOTTE, NC  28269  

Trustee Claim Number: 5    INT %: 0.00%  
Court Claim Number:  
CLAIM: 0.00  
COMMENT:  

CRED DESC: UNSECURED CREDITOR  
ACCOUNT NO.: ?  

---

**CAPITAL ONE BANK NA****  
C/O AMERICAN INFOSOURCE LP - AGENT  
POB 71083  
CHARLOTTE, NC  28272-1083  

Trustee Claim Number: 6    INT %: 0.00%  
Court Claim Number: 4  
CLAIM: 7,195.27  
COMMENT:  

CRED DESC: UNSECURED CREDITOR  
ACCOUNT NO.: 2538  

---

**PRA/PORTFOLIO RECOVERY ASSOC**  
POB 12914  
NORFOLK, VA  23541  

Trustee Claim Number: 7    INT %: 0.00%  
Court Claim Number: 7  
CLAIM: 14,250.37  
COMMENT: NO ACCT/SCH*CHASE BANK USA  

CRED DESC: UNSECURED CREDITOR  
ACCOUNT NO.: 2214  

---

**KOHL'S**  
POB 2983  
MILWAUKEE, WI  53201-2983  

Trustee Claim Number: 8    INT %: 0.00%  
Court Claim Number:  
CLAIM: 0.00  
COMMENT:  

CRED DESC: UNSECURED CREDITOR  
ACCOUNT NO.: ?  

---

**DEPARTMENT STORES NATIONAL BANK/MACYS**  
C/O NCO FINANCIAL SYSTEMS INC  
PO BOX 4275  
NORCROSS, GA  30091  

Trustee Claim Number: 9    INT %: 0.00%  
Court Claim Number: 3  
CLAIM: 109.11  
COMMENT: NO ACCT/SCH  

CRED DESC: UNSECURED CREDITOR  
ACCOUNT NO.: 9923  

---

**ASSET ACCEPTANCE LLC ASSIGNEE CITIBANK**  
PO BOX 2036  
WARREN, MI  48090  

Trustee Claim Number: 10    INT %: 0.00%  
Court Claim Number: 2  
CLAIM: 3,228.46  
COMMENT: NO ACCT/SCH*SEARS  

CRED DESC: UNSECURED CREDITOR  
ACCOUNT NO.: 8466

| | | |
|---|---|---|
| **BANK OF AMERICA NA**** | Trustee Claim Number:11  INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| C/O CARRINGTON MORTGAGE SVCS LLC | Court Claim Number:6 | ACCOUNT NO.: 9148 |
| PO BOX 3730 | CLAIM: 333.98 | |
| ANAHEIM, CA  92806 | COMMENT: CL6GOVS*THRU 5/13*FR BANK OF AMERICA NA~DOC 91 | |
| | | |
| **CLEARVIEW FCU**** | Trustee Claim Number:12  INT %: 0.00% | CRED DESC: Post Petition Claim (1305) |
| 8805 UNIVERSITY BLVD | Court Claim Number:8-2 | ACCOUNT NO.: 1280 |
| | CLAIM: 0.00 | |
| MOON TWP, PA  15108-4212 | COMMENT: 422.68/PL*422.66 X 33REM+2=LMT*AMD*BGN 9-15/CONF | |
| | | |
| **DEAN R PROBER ESQ** | Trustee Claim Number:13  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| PROBER & RAPHAEL | Court Claim Number: | ACCOUNT NO.: |
| 20750 VENTURA BLVD STE 100 | CLAIM: 0.00 | |
| WOODLAND HILLS, CA  91364 | COMMENT: CARRINGTON MORT/PRAE | |

Case 13-22286-CMB    Doc 99    Filed 03/22/18    Entered 03/22/18 15:16:02    Desc
Page 4 of 4