**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Susan J. Sanford**
Debtor(s)

Bankruptcy Case No.: 13−22286−CMB

Chapter: 13
Docket No.: 106 − 105

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 27th of July, 2018, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 8/27/18.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **9/19/18 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **8/27/18.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Susan J. Sanford
    Debtor

Case No. 13-22286-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: kthe     Page 1 of 2     Date Rcvd: Jul 27, 2018
                       Form ID: 408     Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2018.
```
db             +Susan J. Sanford,    418 Edgewood Road,    Pittsburgh, PA 15221-4514
aty            +vde13,    Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
                 Pittsburgh, PA 15219-2719
cr              American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,
                 Malvern, PA  19355-0701
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA  15219
13663380       +American Express Centurion Bank,    c/o Doyle Legal Services,    11 East Market Street, #102,
                 York, PA 17401-1263
13647369       +Bank of America,    P. O. Box 5170,    Simi Valley, CA 93062-5170
13709373       +Bank of America, N.A.,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13663382       +Capital One,    c/o Kentwood law Group,    5050 Palo Verde Street, #116,
                 Montclair, CA 91763-2333
14350183       +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
13663384       +Chase Bank,    Account Inquiries,    P. O. Box 15298,    Wilmington, DE 19850-5298
13671032       +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13647370        Discover Bank,    c/o Weltman, Weinberg & Reis,    1400 Koppers Building,    Pittsburgh, PA 15219
13663388       +Macy's/FDSB,    9111 Duke Boulevard,    Mason, OH 45040-8999
13663389       +Sears,    P. O. Box 182149,    Columbus, OH 43218-2149
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13660395       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 28 2018 02:32:04     Asset Acceptance LLC,
                 Po Box 2036,    Warren MI 48090-2036
13663383        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 28 2018 02:38:51     Capital One,
                 P.O. Box 85015,    Richmond, VA 23285-5015
14133215       +E-mail/Text: bankruptcy@clearviewfcu.org Jul 28 2018 02:32:10     CLEARVIEW FCU,
                 8805 UNIVERSITY BLVD.,    MOON TOWNSHIP PA 15108-4212
13671573        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 28 2018 02:38:51
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13652888        E-mail/Text: mrdiscen@discover.com Jul 28 2018 02:31:14     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13674917       +E-mail/Text: kburkley@bernsteinlaw.com Jul 28 2018 02:33:06     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13663386       +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 28 2018 02:31:20     Kohls Department Stores,
                 P. O. Box 2983,    Milwaukee, WI 53201-2983
13663387       +E-mail/Text: bankruptcy@affglo.com Jul 28 2018 02:32:12     Leading Edge Recovery Solutions,
                 5440 N. Cumberland Avenue, #300,    Chicago, IL 60656-1486
13725845        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2018 02:38:58
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
                                                                                              TOTAL: 9
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr*            +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
13663381*      +Bank of America,    P. o. Box 5170,    Simi Valley, CA 93062-5170
13663385*       Discover Bank,    c/o Weltman, Weinberg & Reis,    1400 Koppers Building,    Pittsburgh, PA 15219
                                                                                           TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                               Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: kthe             Page 2 of 2            Date Rcvd: Jul 27, 2018
                              Form ID: 408           Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2018 at the address(es) listed below:

```
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
              David Z. Valencik    on behalf of Debtor Susan J. Sanford dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor Susan J. Sanford dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Mark B. Peduto    on behalf of Debtor Susan J. Sanford pandaecfinbox@yahoo.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```