**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| SUSAN J. SANFORD | Case No.:13-22286 |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Repondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 26, 2018

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/29/2013 and confirmed on 7/31/13. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 107,460.66 |
| Less Refunds to Debtor | 493.08 | |
| TOTAL AMOUNT OF PLAN FUND | | 106,967.58 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,176.00 | |
|    Trustee Fee | 4,285.39 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,461.39 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF AMERICA NA** | 0.00 | 71,881.63 | 0.00 | 71,881.63 |
|     Acct: 9148 | | | | |
|   BANK OF AMERICA NA** | 333.98 | 333.98 | 0.00 | 333.98 |
|     Acct: 9148 | | | | |
|   CLEARVIEW FCU** | 0.00 | 14,370.44 | 0.00 | 14,370.44 |
|     Acct: 1280 | | | | |
| | | | | 86,586.05 |
| **Priority** | | | | |
|   DONALD R CALAIARO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SUSAN J. SANFORD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SUSAN J. SANFORD | 493.08 | 493.08 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PEDUTO & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARK B PEDUTO ESQ | 2,176.00 | 2,176.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DONALD R CALAIARO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CALAIARO VALENCIK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY* | 63.98 | 24.13 | 0.00 | 24.13 |
|     Acct: 0002 | | | | |
|   AMERICAN EXPRESS CENTURION BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXG310 | | | | |
|   DISCOVER BANK(*) | 12,054.75 | 4,547.29 | 0.00 | 4,547.29 |
|     Acct: 5713 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   CAPITAL ONE BANK NA** | 7,195.27 | 2,714.20 | 0.00 | 2,714.20 |

13-22286 Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 2538 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 14,250.37 | 5,375.52 | 0.00 | 5,375.52 |
| Acct: 2214 | | | | |
| KOHL'S | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| DEPARTMENT STORES NATIONAL BANK | 109.11 | 41.16 | 0.00 | 41.16 |
| Acct: 9923 | | | | |
| ASSET ACCEPTANCE LLC ASSIGNEE CIT | 3,228.46 | 1,217.84 | 0.00 | 1,217.84 |
| Acct: 8466 | | | | |
| DEAN R PROBER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 13,920.14 |

TOTAL PAID TO CREDITORS                                                                                            100,506.19

TOTAL
CLAIMED               0.00
PRIORITY            333.98
SECURED          36.901.94

Date: 07/26/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　　SUSAN J. SANFORD<br><br>　　　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　Movant<br>　　　vs.<br>　No Repondents. | Case No.:13-22286<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 13-22286-CMB
Susan J. Sanford                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: kthe                  Page 1 of 2              Date Rcvd: Jul 27, 2018
                               Form ID: pdf900             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2018.
```
db             +Susan J. Sanford,    418 Edgewood Road,    Pittsburgh, PA 15221-4514
aty            +vde13,   Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
                 Pittsburgh, PA 15219-2719
cr              American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,
                 Malvern, PA 19355-0701
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,   Pittsburgh, PA 15219
13663380       +American Express Centurion Bank,    c/o Doyle Legal Services,   11 East Market Street, #102,
                 York, PA 17401-1263
13647369       +Bank of America,    P. O. Box 5170,   Simi Valley, CA 93062-5170
13709373       +Bank of America, N.A.,    c/o KML Law Group, P.C.,   701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13663382       +Capital One,   c/o Kentwood law Group,    5050 Palo Verde Street, #116,
                 Montclair, CA 91763-2333
14350183       +Carrington Mortgage Services, LLC,    1600 South Douglass Road,   Anaheim, CA 92806-5951
13663384       +Chase Bank,   Account Inquiries,    P. O. Box 15298,   Wilmington, DE 19850-5298
13671032       +Department Stores National Bank/Macys,    Bankruptcy Processing,   Po Box 8053,
                 Mason, OH 45040-8053
13647370        Discover Bank,    c/o Weltman, Weinberg & Reis,   1400 Koppers Building,   Pittsburgh, PA 15219
13663388       +Macy's/FDSB,   9111 Duke Boulevard,    Mason, OH 45040-8999
13663389       +Sears,   P. O. Box 182149,    Columbus, OH 43218-2149
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13660395       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 28 2018 02:32:04     Asset Acceptance LLC,
                 Po Box 2036,   Warren MI 48090-2036
13663383        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 28 2018 02:39:37     Capital One,
                 P.O. Box 85015,   Richmond, VA 23285-5015
14133215       +E-mail/Text: bankruptcy@clearviewfcu.org Jul 28 2018 02:32:10     CLEARVIEW FCU,
                 8805 UNIVERSITY BLVD.,   MOON TOWNSHIP PA 15108-4212
13671573        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 28 2018 02:38:17
                 Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
13652888        E-mail/Text: mrdiscen@discover.com Jul 28 2018 02:31:14     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
13674917       +E-mail/Text: kburkley@bernsteinlaw.com Jul 28 2018 02:33:12     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,   Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13663386       +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 28 2018 02:31:22     Kohls Department Stores,
                 P. O. Box 2983,   Milwaukee, WI 53201-2983
13663387       +E-mail/Text: bankruptcy@affglo.com Jul 28 2018 02:32:12     Leading Edge Recovery Solutions,
                 5440 N. Cumberland Avenue, #300,    Chicago, IL 60656-1486
13725845        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2018 02:51:07
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
                                                                                             TOTAL: 9
```
```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr*            +Carrington Mortgage Services, LLC,    1600 South Douglass Road,   Anaheim, CA 92806-5951
13663381*      +Bank of America,    P. o. Box 5170,   Simi Valley, CA 93062-5170
13663385*       Discover Bank,    c/o Weltman, Weinberg & Reis,   1400 Koppers Building,   Pittsburgh, PA 15219
                                                                                   TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                                  Signature:  /s/Joseph Speetjens

```
District/off: 0315-2           User: kthe                  Page 2 of 2                  Date Rcvd: Jul 27, 2018
                               Form ID: pdf900             Total Noticed: 23
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2018 at the address(es) listed below:

```
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
              David Z. Valencik    on behalf of Debtor Susan J. Sanford dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com
              Donald R. Calaiaro     on behalf of Debtor Susan J. Sanford dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com
              James Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Mark B. Peduto    on behalf of Debtor Susan J. Sanford pandaecfinbox@yahoo.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```