IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 13-22286-CMB |
| Susan J. Sanford, | : | |
| Debtor, | : | Chapter 13 |
| Susan J. Sanford, | : | |
| Movant, | : | Document No. |
| v. | : | |
| No Respondent. | : | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:

   The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On June 20, 2018, at Docket No.103, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Debtor carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

Dated: August 27, 2018

By: /s/ David Z. Valencik,
Signature

David Z. Valencik
Name of Filer - Typed
428 Forbes Avenue, Suite 900
Pittsburgh, PA 15219
Address of Filer
dvalencik@c-vlaw.com
Email Address of Filer
412-232-0930
Phone Number of Filer
PA ID No: 308361
Bar I.D. and State of Admission

**PAWB Local Form 24 (07/13)**