| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Susan J. Sanford** | | Social Security number or ITIN   **xxx–xx–9460** |
| | First Name    Middle Name    Last Name | | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | | Social Security number or ITIN  _ _ _ _ |
| | | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | | |
| Case number:  **13–22286–CMB** | | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Susan J. Sanford

<u>9/6/18</u>

**By the court:**   <u>Carlota M. Bohm</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 13-22286-CMB
Susan J. Sanford                                                    Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin           Page 1 of 2          Date Rcvd: Sep 06, 2018
                             Form ID: 3180W        Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2018.
db           +Susan J. Sanford,    418 Edgewood Road,   Pittsburgh, PA 15221-4514
aty          +vde13,   Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
               Pittsburgh, PA 15219-2719
cr            Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,   Pittsburgh, PA 15219
13663380     +American Express Centurion Bank,    c/o Doyle Legal Services,    11 East Market Street, #102,
               York, PA 17401-1263
13709373     +Bank of America, N.A.,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541
13663382     +Capital One,    c/o Kentwood law Group,    5050 Palo Verde Street, #116,
               Montclair, CA 91763-2333
14350183     +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
13647370      Discover Bank,    c/o Weltman, Weinberg & Reis,    1400 Koppers Building,   Pittsburgh, PA 15219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 07 2018 02:14:16    Pennsylvania Dept. of Revenue,
               Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA  17128-0946
cr            EDI: BECKLEE.COM Sep 07 2018 06:03:00    American Express Centurion Bank,
               c/o Becket and Lee LLP,   POB 3001,   Malvern, PA  19355-0701
13660395     +EDI: ACCE.COM Sep 07 2018 06:03:00    Asset Acceptance LLC,    Po Box 2036,
               Warren MI 48090-2036
13647369     +EDI: BANKAMER.COM Sep 07 2018 06:03:00    Bank of America,    P. O. Box 5170,
               Simi Valley, CA 93062-5170
13663383      EDI: CAPITALONE.COM Sep 07 2018 06:03:00    Capital One,    P.O. Box 85015,
               Richmond, VA 23285-5015
14133215     +E-mail/Text: bankruptcy@clearviewfcu.org Sep 07 2018 02:14:20    CLEARVIEW FCU,
               8805 UNIVERSITY BLVD.,   MOON TOWNSHIP PA 15108-4212
13671573      EDI: CAPITALONE.COM Sep 07 2018 06:03:00    Capital One Bank (USA), N.A.,    PO Box 71083,
               Charlotte, NC  28272-1083
13663384     +EDI: CHASE.COM Sep 07 2018 06:03:00    Chase Bank,    Account Inquiries,   P. O. Box 15298,
               Wilmington, DE 19850-5298
13671032     +EDI: TSYS2.COM Sep 07 2018 06:03:00    Department Stores National Bank/Macys,
               Bankruptcy Processing,   Po Box 8053,   Mason, OH 45040-8053
13652888      EDI: DISCOVER.COM Sep 07 2018 06:03:00    Discover Bank,    DB Servicing Corporation,
               PO Box 3025,   New Albany, OH  43054-3025
13674917     +E-mail/Text: kburkley@bernsteinlaw.com Sep 07 2018 02:14:42    Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,    707 Grant Street,   Suite 2200 Gulf Tower,
               Pittsburgh, PA 15219-1908
13663386     +EDI: CBSKOHLS.COM Sep 07 2018 06:03:00    Kohls Department Stores,    P. O. Box 2983,
               Milwaukee, WI 53201-2983
13663387     +E-mail/Text: bankruptcy@afflo.com Sep 07 2018 02:14:22    Leading Edge Recovery Solutions,
               5440 N. Cumberland Avenue, #300,   Chicago, IL 60656-1486
13663388     +EDI: TSYS2.COM Sep 07 2018 06:03:00    Macy's/FDSB,    9111 Duke Boulevard,
               Mason, OH 45040-8999
13725845      EDI: PRA.COM Sep 07 2018 06:03:00    Portfolio Recovery Associates, LLC,    POB 12914,
               Norfolk VA 23541
13663389     +EDI: SEARS.COM Sep 07 2018 06:03:00    Sears,   P. O. Box 182149,   Columbus, OH 43218-2149
                                                                                      TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            BANK OF AMERICA, N.A.
cr*          +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
13663381*    +Bank of America,    P. o. Box 5170,   Simi Valley, CA 93062-5170
13663385*     Discover Bank,    c/o Weltman, Weinberg & Reis,    1400 Koppers Building,   Pittsburgh, PA 15219
                                                                          TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2018                         Signature:   /s/Joseph Speetjens

District/off: 0315-2          User: lfin              Page 2 of 2          Date Rcvd: Sep 06, 2018
                             Form ID: 3180W           Total Noticed: 24

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2018 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor   BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
          David Z. Valencik    on behalf of Debtor Susan J. Sanford dvalencik@c-vlaw.com,
          cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
          vlaw.com;mpeduto@c-vlaw.com
          Donald R. Calaiaro    on behalf of Debtor Susan J. Sanford dcalaiaro@c-vlaw.com,
          cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
          vlaw.com;mpeduto@c-vlaw.com
          James  Warmbrodt    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          Mark B. Peduto    on behalf of Debtor Susan J. Sanford pandaecfinbox@yahoo.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
          ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                              TOTAL: 8